# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D22-1810
_____

MICHAEL TROY NELSON,

Appellant,

v.

MARY ELIZABETH DISSTON,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Joshua M. Hawkes, Judge.

September 21, 2022

PER CURIAM.

DISMISSED as premature.

KELSEY, JAY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Michael Troy Nelson, pro se, Appellant.

No appearance for Appellee.